**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Detrek Manchel TUCKER,**
**Defendant-Appellant.**

**No. 16-6310**

United States Court of Appeals, Tenth Circuit.

Filed March 15, 2017

(D.C. Nos. 5:10-CR-00056-F-1 and 5:14-CV-00183-F) (W.D. Oklahoma)

Steven W. Creager, Virginia Loreen Hines, Leslie M. Maye, Office of the United States Attorney, Western District of Oklahoma, Oklahoma City, OK, for Plaintiff-Appellee

Virginia L. Grady, Grant Russell Smith, Office of the Federal Public Defender, Districts of Colorado and Wyoming, Denver, CO, for Defendant-Appellant

Before PHILLIPS, McKAY, and McHUGH, Circuit Judges.

## ORDER RESCINDING CERTIFICATE OF APPEALABILITY *

Carolyn B. McHugh, Circuit Judge.

On February 22, 2017, we issued an *Order Denying in Part and Granting in Part Certificate of Appealability*, in which we granted a certificate of appealability as to "[w]hether, post-*Johnson* [*v. United States*, —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015) ], Mr. Tucker's conviction under Oklahoma law for discharge of a firearm into a dwelling constitutes a crime of violence under U.S.S.G. § 4B1.2(a)." That same day, we issued an order appointing counsel to represent Mr. Tucker, and setting a supplemental briefing schedule.

On March 6, 2017, the Supreme Court issued its opinion in *Beckles v. United States*, —— U.S. ——, 137 S.Ct. 886, 197 L.Ed.2d 145, 2017 WL 855781 (March 6, 2017). In light of that opinion, we have

that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

* This order is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

determined that the aforementioned certificate of appealability was improvidently granted. Accordingly, we **RESCIND** the certificate of appealability issued on February 22, 2017, and **DISMISS** this appeal.